# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1240
_____

United States of America,

*Plaintiff - Appellee,*

v.

Melvin Blackmon,

*Defendant - Appellant,*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 21, 2016
Filed: June 29, 2016
[Unpublished]

_____

Before COLLOTON, GRUENDER, and KELLY, Circuit Judges.

_____

PER CURIAM.

Melvin Blackmon directly appeals after the district court[1] revoked his supervised release, and sentenced him to 18 months in prison. For reversal, he argues that the revocation sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 915-17 (8th Cir. 2009); *United States v. Merrival*, 521 F.3d 889, 890-91 (8th Cir. 2008). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.